# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Aaron Gibson, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 16-0219 (CKK) |
| | : | |
| Parole Commission, | : | |
| | : | |
| Respondent. | : | |

## MEMORANDUM OPINION

In February 2016, petitioner filed this action for a writ of habeas corpus while detained at the District of Columbia Jail on a parole violator warrant issued by the United States Parole Commission ("USPC"). Petitioner claims that the warrant was executed on January 6, 2016, but the Commission had yet to hold a hearing, in violation of the due process clause. *See* Pet. for a Writ of Habeas Corpus at 5.

In response to the Court's show cause order, the government contends that the petition is moot because petitioner is serving a sentence for a Virginia state conviction "and is no longer in custody pursuant to the USPC parole violator warrant." United States' Resp. at 1 [Dkt. # 7]. Indeed, the docket shows that petitioner was released from the D.C. Jail on March 17, 2016, and the court's subsequent mailings have been returned undelivered. *See* Dkt. ## 4, 11, 12. In addition, petitioner has not complied with the Court's May 2, 2016 Order--mailed to both the D.C. Jail and a detention center in Winchester, Virginia--by verifying his current address by May 24, 2016, and replying to the government's response by June 3, 2016. Based on the

1

government's documented response, then, this habeas action will be dismissed as moot.  A

separate order accompanies this memorandum.


_____s/_____
COLLEEN KOLLAR-KOTELLY
DATE:  June 30, 2016                    United States District Judge